GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERES JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS SAVINGS TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 72 TRAINING TRUST,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>BEI CONSTRUCTION, INC., a California corporation,<br><br>                    Defendant. | Case No:  2:25-cv-02594-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERES JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS SAVINGS TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 72 TRAINING TRUST, by and through

GARIN LAW GROUP

9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

their attorneys at BROWNSTEIN HYATT FARBER SCHRECK, LLP, and Defendant, BEI CONSTRUCTION, INC., by and through its attorneys at GARIN LAW GROUP, pursuant to Local Rule IA 6-1(a), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint in this action on December 24, 2025 (ECF No. 1).

On January 6, 2026, the Registered Agent for Defendant was personally served with the Complaint [ECF No. 4].

On February 26, 2026, the undersigned counsel was formally retained by Defendant and additional time is needed to review this matter and file a response to Plaintiff's Complaint.

The parties have agreed to extend the time for Defendant to respond to Plaintiffs' Complaint to March 13, 2026.

This is the parties' first stipulation for extension of time for Defendant to file a response to Plaintiff's Complaint;

DATED this 2nd day of March, 2026.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GARIN LAW GROUP |
|---|---|
| /s/ Christopher M. Humes | |
| _____ | _____ |
| CHRISTOPHER M. HUMES, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 12782 | Nevada Bar No. 6653 |
| WILLIAM D. NOBRIGA, ESQ. | 9900 Covington Cross Drive, Suite 210 |
| Nevada Bar No. 14931 | Las Vegas, NV 89144 |
| 100 North City Parkway, Suite 1600 | jgarin@garinlawgroup.com |
| Las Vegas, NV 89106-4614 | |
| chumes@bhfs.com | *Attorneys for Defendant* |
| wnobriga@bhfs.com | |
| *Attorneys for Plaintiffs* | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE
Dated: March 3, 2026

Page 2 of 2

*(left margin)* GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512