Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq.. Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS SAVINGS TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

Plaintiffs,

v.

BEI CONSTRUCTION, INC., a California corporation,

Defendant.

CASE NO.: 2:25-cv-02594-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Savings Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust, by and through their counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant BEI Construction, Inc., by and through its counsel of record,

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

the Garin Law Group, hereby stipulate and agree that Plaintiffs' claims relating to Plaintiffs' audit of Defendant covering the time period of September 11, 2023, through July 31, 2024, shall be dismissed with prejudice, with each party to bear to their own attorney's fees and costs.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

Dated: August 10, 2026

GARIN LAW GROUP

/s/ Joseph P. Garin
Joseph P. Garin, Esq.
Nevada Bar No. 6653
9900 Covington Cross Drive
Suite 210
Las Vegas, NV 89144
Telephone: (702) 598-3667
Facsimile: (702) 598-3926
Email: jgarin@garinlawgroup.com

*Attorneys for Defendant*

Dated: August 10, 2026

**ORDER**

**IT IS SO ORDERED.**

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 11, 2026

**Case No. 2:25-cv-02594-JCM-BNW**